UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMERICAN CONTRACTORS
INDEMNITY COMPANY,

        Plaintiff,

v.                                  Case No: 6:16-cv-952-Orl-40GJK

MD CONSTRUCTION SERVICES USA,
INC. and BYRON L. ROBINSON,

        Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion for Contempt and Sanctions Against MD Construction Services USA, Inc., and Byron L. Robinson to Compel Appearance at a Deposition in Aid of Execution, and to Compel Production of Subpoenaed Documents (Doc. 21) filed on February 22, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 15, 2017 (Doc. 22), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Contempt and Sanctions Against MD Construction Services USA, Inc., and Byron L. Robinson to Compel Appearance at a Deposition in Aid of

Execution, and to Compel Production of Subpoenaed Documents (Doc. 21) is **GRANTED IN PART AND DENIED IN PART**.

    3.    Defendants are **ORDERED TO SHOW CAUSE** whether they should be adjudged in contempt by reason of the facts certified in the Report and Recommendation (Doc. 22). The Court will hold an evidentiary hearing, a notice will be issued separately.

    4.    The Motion is otherwise **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on April 4, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties